UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK Attorney: BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC - 1265

DISTRICT 6 HEALTH PLAN AND ITS TRUSTEES AND DISTRICT 6 PENSION PLAN AND ITS TRUSTEES

Index #: 08 CIV 6335 (LAK)

                                        Plaintiff(s)

- against -

Date Filed:

CONFIDENCE MANAGEMENT

**AFFIDAVIT OF SERVICE**

                                        Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 6, 2008 at 03:11 PM at

1420 EAST LINDEN AVENUE
LINDEN, NJ 07036

deponent served the within true copy of the AMENDED SUMMONS & FIRST AMENDED COMPLAINT on CONFIDENCE MANAGEMENT, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to RENE GARCIA personally, deponent knew said corporation so served to be the corporation described in said AMENDED SUMMONS & FIRST AMENDED COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 26 | 5'5 | 165 |

Sworn to me on: August 7, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DANIEL KNIGHT

Docket #: 578455